**Opinion issued July 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00690-CV

_____

**CRYSTAL WYATT, Appellant**

**V.**

**SOUTH LAWN PALMS, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1252666**

## MEMORANDUM OPINION

Appellant filed a brief on March 16, 2026 that failed to comply with the requirements of Texas Rule of Appellate Procedure 38.1. The Court issued an order on March 26, 2026, striking the brief and ordering appellant to correct the

deficiencies noted in the order and advising that the appeal might be dismissed if appellant failed to file a corrected brief.

On March 26, 2026, appellant filed a corrected brief that failed to correct all of the deficiencies noted in the Court's March 26, 2026 order. Because appellant filed a corrected brief the same day the Court issued its order, it was unclear whether appellant had received the Court's order before filing the corrected brief. On April 16, 2026, appellant filed a letter, which the Court construed as a motion for extension of time to file a corrected brief, and the Court granted appellant an extension until May 14, 2026. No brief was filed by the stated deadline.

Despite notice that the appeal might be dismissed if appellant failed to file a brief correcting the deficiencies listed in the March 26 order, appellant's corrected brief failed to correct all of the deficiencies noted in this Court's order. And, after being given additional time to correct the deficiencies, appellant failed to do so.

Accordingly, the Court dismisses the appeal. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.